```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 41271
    CRYSTAL L BYNUM MARTIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6529

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 11/05/2004 and was confirmed 02/16/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/07/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED            800.00         110.93        107.98
AMERICAN GENERAL FINANCE  SECURED NOT I  NOT FILED             .00           .00
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED             .00           .00
US POSTAL FEDERAL CREDIT  SECURED           9738.75        2718.92       1189.03
CAPITAL ONE BANK          UNSECURED      NOT FILED             .00           .00
COLLECTION COMPANY OF AM  UNSECURED      NOT FILED             .00           .00
CROSS COUNTRY BANK        UNSECURED      NOT FILED             .00           .00
GREAT AMERICAN CASH ADVA  UNSECURED      NOT FILED             .00           .00
TCF NATIONAL BANK         UNSECURED          125.00            .00           .00
HINSDALE HOSPITAL         UNSECURED      NOT FILED             .00           .00
MCI WORLD COM             UNSECURED      NOT FILED             .00           .00
OSI PORTFOLIO SERVICES    UNSECURED      NOT FILED             .00           .00
PDL FINANCIAL SERVICES    UNSECURED          354.00            .00           .00
PERIMETER CREDIT          UNSECURED      NOT FILED             .00           .00
SPRINT                    UNSECURED      NOT FILED             .00           .00
T-MOBILE BANKRUPTCY       UNSECURED          200.00            .00           .00
WASHINGTON MUTUAL         UNSECURED      NOT FILED             .00           .00
WEXLER & WEXLER           UNSECURED      NOT FILED             .00           .00
AMERICAN GENERAL FINANCE  UNSECURED          659.30            .00           .00
US POSTAL FEDERAL CREDIT  UNSECURED      NOT FILED             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,605.20                      2,605.20
TOM VAUGHN                TRUSTEE                                          377.64
DEBTOR REFUND             REFUND                                            12.28

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   7,121.98

PRIORITY                                          .00
SECURED                                      1,297.01

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41271 CRYSTAL L BYNUM MARTIN
```

```
    INTEREST                                           2,829.85
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,605.20
TRUSTEE COMPENSATION                                     377.64
DEBTOR REFUND                                             12.28
                                  ---------------  ---------------
TOTALS                                   7,121.98         7,121.98
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 09/11/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                          PAGE   2
       CASE NO. 04 B 41271 CRYSTAL L BYNUM MARTIN